# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jesus Valencia**<br>DOB: xx-xx-1975; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**11-09094M** |

FILED / RECEIVED  JAN - 5 2011  CLERK U S DISTRICT COURT  DISTRICT OF ARIZONA

Complaint for violation of Title 8 United States Code §§ 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about January, 4 2011, at or near Three Points, in the District of Arizona, **Jesus Valencia,** knowing and in reckless disregard of the fact that an illegal alien, Maurelio Godinez-Lopez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about January 4, 2011, at or near Three Points, Arizona, Border Patrol Agents encountered a white 1994 Chevrolet Lumina driven by defendant, **Jesus Valencia**. Border Patrol Agents found one suspected illegal alien, Maurelio Godinez-Lopez, inside the Chevrolet Lumina. Godinez-Lopez admitted that he was not a citizen or national of the United States and that he did not posses documents to be in the United States legally. Maurelio Godinez-Lopez stated that he made arrangements with **Jesus Valencia** to be smuggled further into the United States. He was going to pay $300 to be transported to his desired destination of Tucson, AZ. After *Miranda* warnings, **Jesus Valencia** admitted that he was going to be paid to transport Godinez-Lopez.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**
Maurelio Godinez-Lopez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY: AUSA BCC | SIGNATURE OF COMPLAINANT<br>(official title)<br><br>OFFICIAL TITLE<br>Senior Agent, US Border Patrol |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>January 5, 2011 |

1) See Federal rules of Criminal Procedure Rules 3 and 54