1  DENNIS K. BURKE
   United States Attorney
2  District of Arizona
   405 West Congress
3  Suite 4800
   Tucson, Arizona 85701-5040
4  Telephone: 520-620-7300
   Attorneys for Plaintiff



FILED ___ LODGED
RECEIVED ___ COPY

JAN -5 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| United States of America, | ) | Magistrate Judge's Case No. |
|---|---|---|
| Plaintiff, | ) | 11-09094M |
| vs. | ) | AFFIDAVIT FOR DETENTION OF MATERIAL WITNESS |
| Jesus Valencia, | ) | |
| Defendant. | ) | |

__James Hand__ on oath, deposes and states:
(Name of Affiant)

1. I am a Border Patrol Agent of the United States Border Patrol, Department of Homeland Security, Tucson, Arizona, and make this affidavit as such officer.

2. A criminal complaint in this matter has been filed charging that the defendant did knowingly transport certain alien, Maurelio Godinez-Lopez, hereinafter called "witness," in the United States, knowing or in reckless disregard of the fact that the witness had come to, entered, or remained in the United States in violation of law.

3. The said witness has testimony to give in said matter of a material nature in that the witness illegally entered the United States and the defendant did transport in the United States in any manner whatsoever, said witness, regardless of any official action which may later be taken with respect to such witness which is a violation of law.

///

4. The above witness is a citizen and resident of Mexico who entered the United States illegally and who would return to Mexico to reside if released in the proceeding.

5. Because of the above, the presence of the witness in further proceedings in the within matter could not be required by subpoena of the court system of the United States, and securing such presence by subpoena would become impracticable.

6. I therefore request that the above-named alien be detained as a witness for further proceedings in this case and that reasonable bail be set pursuant to Title 18, United States Code, Sections 3144.

_____
Border Patrol Agent
U.S. Border Patrol
Tucson, Arizona

Sworn and subscribed to before me this January 5, 2011

_____
United States Magistrate Judge