**UNITED STATES DISTRICT COURT** — **MAGISTRATE JUDGE'S MINUTES**
**DISTRICT OF ARIZONA - TUCSON**

DATE: 1/5/2011     CASE NUMBER: 11-09094M

USA vs. JESUS VALENCIA

U.S. MAGISTRATE JUDGE: MAGISTRATE JENNIFER C. GUERIN   Judge #: 70BR

U.S. Attorney David P. Flannigan     INTERPRETER REQ'D N/A

Attorney for Defendant Saul Huerta for Rosemary Marquez (Appointed)

INITIAL APP: ☒ HELD   DEFT/MW(s): ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY

☒ Complaint Filed   ☒ DOA 1/4/2011     ☐ Warrant Other District     ☒ No Financial Afdvt taken

☐ Counsel waives reading of the Complaint/Indictment

☒ Defendant states true name to be SAME.
Further proceedings Ordered in defendant's true name.

**MATERIAL WITNESS(es)**: 1-MAURELIO GODINEZ-LOPEZ

**MATERIAL WITNESS(es)**: state true name(s) to be 1-SAME

INTERPRETER REQ'D for MATERIAL WITNESS: MIRTHA NEBEKER

☒ Upon questioning of the alleged material witness(es), the Court finds that they are not citizens of the United States. Court to appoint counsel.

☒ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to §3142(e) & (f)
is ☒ Granted ☐ Denied

☒ Defendant/Material Witness(es) shall be temporarily detained in the custody of the United States Marshal pursuant to
☒ § 3142(f) ☐ § 3142(d)

IT IS ORDERED: **within 48 hours of this Order\***, that the United States Attorney shall contact the Clerk's Office to obtain a date and time **within 20 working days of this Order** for the use of Grand Jury Room #4700 for videotaping of the material witnesses and shall file **within 48 hours of this Order\*** notice of the date and time of said taping and the name of each material witness to be videotaped. *IN THE CASE OF A JUVENILE MATERIAL WITNESS, **WITHIN 24 HOURS OF THIS ORDER**.

IT IS ORDERED that counsel raising **objections** during the video depositions must (1) note the time and place on the videotape wherein the objection arose, (2) raise the objection before the district court in a short pleading filed no later than the deadline for the filing of Motions in the matter, (3) be prepared to roll the videotape at the exact point of any/all objections at the Motions hearing.

☐ Court accepts/rejects stip of ptys/recommendation by _____

Bail set at $ _____

☐ Defendant signed Order Setting Conditions of Release and released on _____

| **DETENTION HEARING**: Set for: | **PRELIMINARY HEARING**: Set for: |
|---|---|
| 1/7/2011 at 10:30 AM | 1/7/2011 at 10:30 AM |
| before: MAGISTRATE JUDGE FERRARO | before: MAGISTRATE JUDGE FERRARO |

OTHER: Rosemary Marquez is appointed to represent the Defendant. Per Mr. Flannigan, the VTD's in this case are tentatively set for 1/27/11 at 8:30 a.m. in the GJR. The Government requests the appearance of Mr. Valencia at the VTD's on that date.

Recorded by Courtsmart     IA: 0
BY: Beth Harper     MW: 0
Deputy Clerk