UNITED STATES DISTRICT COURT                                                          MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - TUCSON

DATE: 1/11/2011          CASE NUMBER: 11-09094M-(CRP)

USA vs. JESUS VALENCIA

U.S. MAGISTRATE JUDGE: MAGISTRATE GLENDA E. EDMONDS  Judge #: 70BH

U.S. Attorney Jonathan Granoff for Kyle J. Healey      INTERPRETER REQ'D N/A

Attorney for Defendant Joe Machado for Rosemary Marquez (Appointed)

INITIAL APP: ☐ HELD   DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

☐ Complaint Filed  ☐ DOA _____      ☐ Warrant Other District    ☐ Financial Afdvt taken
                                                              ☐ Warrant Phx Div.         ☐ No Financial Afdvt taken
                                                              ☐ Counsel waives reading of the Complaint/Indictment

☐ Defendant states true name to be _____. Further proceedings Ordered in defendant's true name.

**MATERIAL WITNESS(ES)**: _____

☐ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to §3142(e) & (f)
   is ☐ Granted ☐ Denied

☐ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to ☐ § 3142(f) ☐ § 3142(d)

PSA recommends detention       ; Gov't ☒ concurs  ☐ objects

GOVERNMENT recommends detention

☐ Court accepts/rejects stip of ptys/recommendation by _____

Bail set at $ _____

☐ Defendant signed Order Setting Conditions of Release and released on _____

| **DETENTION HEARING**: ☒ Held ☐ Cont'd ☐ UA<br>Set for:<br>before: | **PRELIMINARY HEARING**: ☐ Held ☒ Waived<br>Set for:<br>before: |
|---|---|
| Gov't's request for detention ☒ Granted ☐ Denied | ☐ Probable cause found ☒ Held to answer before Dist. Court |
| ☒ Defendant Ordered detained pending trial<br>☐ Gov't withdraws request to detain defendant | ☐ PRELIMINARY HEARING telephonically waived and DEEMED Waived, VACATE hearing set for |
| **ARRAIGNMENT** Set for         before: | |

OTHER: THE MAGISTRATE CASE REFERRAL IS: JUDGE PYLE. ALL FILINGS IN THIS CASE SHOULD REFLECT THE FOLLOWING CASE NUMBER: 11-09094M-(CRP).

                                                                        Recorded by Courtsmart      DH: 0
                                                                         BY: Gloria McInroy         PH: 0
                                                                         Deputy Clerk