DENNIS K. BURKE
United States Attorney
District of Arizona
KYLE J. HEALEY
Assistant United States Attorney
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
E-mail: kyle.healey@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | Mag. No. 11-9094M(CRP) |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS WITHOUT TAKING VIDEO DEPOSITION |
| Jesus Valencia, | ) | |
| Defendant. | ) | |

The United States of America, through undersigned counsel, and the defendant, individually and through counsel, do hereby agree and stipulate as follows:

(1) Material witness, Maurelio Godinez-Lopez, is not a natural born or naturalized citizen, legal permanent resident, or national of the United States;

(2) Material witness, Maurelio Godinez-Lopez, entered the United States illegally on or about January 4, 2011;

(3) Material witness, Maurelio Godinez-Lopez, was found in the vehicle driven by the defendant, Jesus Valencia;

(4) The parties also jointly agree that as a result of this stipulation material witness, Maurelio Godinez-Lopez, will be returned to his country of origin and thus unavailable as defined in Rule 804 of the Federal Rules of Evidence;

//

(5)  Therefore, the parties agree that the government may elicit hearsay testimony from any agent regarding any statements made by the above-referenced material witness contained in the disclosure, and such testimony shall be admitted as substantive evidence in any hearing or trial in the above captioned matter.

Based on the foregoing, the parties jointly move for the release of the above-named material witness to the Department of Homeland Security for return to his country of origin.

DENNIS K. BURKE
United States Attorney
District of Arizona

_____
KYLE J. HEALEY
Assistant U.S. Attorney

I translated or caused to be translated this agreement from English into Spanish to the defendant on the __18__ day of __January__, 2011.

_____
Rosemary Marquez
Attorney for Defendant

I understand and agree to the terms of this stipulation.

_____
Jesus Valencia
Defendant