**Rosemary Márquez, Esq.**
**MÁRQUEZ LAW FIRM, P.L.L.C.**
State Bar Number 015175
55 West Franklin Street
Tucson, Arizona 85701
Tel: (520) 624-0755
Fax: (520)624-0743
Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Jesus Valencia, ) <br> ) <br> ) <br>     Defendant. ) <br> ) <br> _____ ) | CASE NO. CR11-mj-9094-JCG(CRP) <br><br> **NOTICE OF CHANGE OF** <br> **PLEA HEARING** |

    **PLEASE TAKE NOTICE** that Defendant's Change of Plea  hearing will come for hearing on the 7th day of February, 2011 at 11:30 a.m. before the Magistrate Judge Charles R. Pyle at the United States District Court, 405 W. Congress Street. Tucson, AZ.

    **RESPECTFULLY SUBMITTED** this 27th day of January, 2011.

                    **MÁRQUEZ LAW FIRM, P.L.L.C.**

                    */s/Rosemary Márquez*
                    Rosemary Márquez
                    Attorney for Defendant Jesus Valencia